**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

OWN Your Hunger, LLC;
Defiant Chocolate LLC;
Lighten Up Foods LLC
Plaintiff,

-against-

25 Civ. 4544 (_____)

Linus Technology; Epogee LLC,
Peter Rahal

Defendant.

**MOTION FOR ADMISSION**

**PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Brittany Meyer-Belnap hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of New York and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 06/02/2025

Respectfully Submitted,

Brittany Meyer-Belnap

Applicant Signature:________________

Applicant's Name: Brittany Meyer-Belnap

Firm Name:________________

Address: 1121 14th Street NW #1010

City/State/Zip: Washington DC

Telephone/Fax: 2025505700

Email: bmeyer@tmdstrategies.com