# EXHIBIT 1

Become an Insider

# Protein Bar Brand David Closes $75M Series A, Buys Ingredient Supplier



Lukas Southard
May. 27, 2025 at 10:00 AM

Bars Investment M&A Snacks

Listen to this article (Insiders Only)



**Become an Insider**

BEVNET & NOSH INSIDER

## Stay Informed, Stay Competitive

Unlock the articles, expert interviews, and data reports that power the food and beverage industry. Join our community and stay ahead with exclusive insights from BevNET and Nosh.

Get Started

Already an Insider? Log In (https://auth.nosh.com?returnUrl=https://www.nosh.com/news/2025/protein-bar-brand-david-closes-75m-series-a-buys-ingredient-supplier&isFromArticle=True)




**Ad** from BevNET

**BevNET Live NYC: Leading & Innovative Beverage Brands Are Alreac**

**Become an Insider**

Join top beverage companies like Coca-Cola, Polar Beverages, Hint, La Colombe, Koia, BevNET Live on June 11-12 in New York City. Discover the latest trends, gain actionable i key partnerships that will drive your brand forward. Don't miss the chance to be part o




**Ad** from BevNET

**Learn from Industry Trailblazers at BevNET Live NYC**

June 11+12 in NYC, you'll hear from beverage industry legends and disruptors alike. Join Ralph Crowley Jr. of Polar Beverages, Ben Mand of Guayaki, and Sally Lyons Wyatt of C share the strategies shaping the future of beverage.

## Explore the Nombase CPG Database

Head to Nombase to learn more about the tagged companies and their offerings.

### David Protein

CPG Companies

View on Nombase

### RXBAR

CPG Companies

View on Nombase

### Epogee

Flavors & Ingredients

View on Nombase

# Protein Bar Brand David Closes $75M Series A, Buys Ingredient Supplier

Lukas Southard
May. 27, 2025 at 10:00 AM

Bars | Investment | M&A | Snacks

Listen to this article (Insiders Only)




Peter Rahal's new protein bar brand David has closed a $75 million Series A round and taken a step towards vertical integration with the acquisition of Epogee, one of its ingredient suppliers.

The new tranche of funding was led by Greenoaks, with participation from Valor Equity Partners.

BEVNET & NOSH INSIDER
Stay Informed, Stay Competitive
Unlock the articles, expert interviews, and data reports that power the food and beverage industry. Join our community and stay ahead with exclusive insights from BevNET and Nosh.
Get Started
Already an Insider? Log In

## Explore the Nombase CPG Database

Head to Nombase to learn more about the tagged companies and their offerings.

- David Protein — CPG Companies — View on Nombase
- RXBAR — CPG Companies — View on Nombase
- Epogee — Flavors & Ingredients — View on Nombase

## Top news

- Protein Bar Brand David Closes $75M Series A, Buys Ingredient Supplier
- Retailer Confidence Drops 15 Points Since 2024; 73% See Private Label as Priority
- Seal The Seasons Snags Strategic Investment, Promotes Key Team Members
- SPONSORED POST: Celebrating Global Flavors with Island Roots
- SPONSORED POST: 2025 Paid Media Planning with Gawronski Food & Beverage
- SPONSORED POST: Glass: the clear choice for food packaging

All News | Submit News

## Marketplace

- Co-Packing Savings in New York @ 24x7 Packaging

Post Listing | All Listings

## Featured Jobs

- Regional Sales Director - Southern US (TX, LA, ...
- Area Sales Manager, Massachusetts - Labrada Nut...
- Sales Rep / Territory Manager For Premium Hemp ...
- Area Sales Managers - Multiple states - Good Bo...
- Beverage Technologist - Malba
- Sales Representative- Atlanta, Jacksonville, Ma...

Post Job | All Jobs

## Additional news

- MAHA Report Sparks Industry Debate Over 'Demonization' of Processed Foods
- FreshDirect Goes Directly to Main Street with First Physical Store
- New Products: Doughlicious Goes Mini, CLIF Builders Bulks Up, Dolly Parton Does Frozen Meals
- MAHA's Manifesto: UPFs, Food Dyes To Blame For Chronic Disease

See All News

## Jobs

View All Jobs

- Regional Sales Director - Southern US (...
- Business Development Manager - Alab...
- Brewing Operations - Los Angeles Ale ...
- Sales Ambassador - Olujo
- Sales Ambassador - Olujo
- Reciever/Driver - Partners Coffee

Post Job

BEVNET & NOSH INSIDER
Power Your Strategy with Data
Act Now

## Upcoming Events

- Nosh Live Winter 2025 — Marina del Rey, CA / Dec 4+5, 2025 — Early Registration Open >>

## Recent Articles

All News

Features | Food Wire | Supplier News

- Protein Bar Brand David Closes $75M S...
- Retailer Confidence Drops 15 Points Sin...
- Seal The Seasons Snags Strategic Inve...
- MAHA Report Sparks Industry Debate ...
- FreshDirect Goes Directly to Main Stree...

Submit News

## Promoted PR Posts

View All

- Crave New World Lands Massive Kroger Launch
- Wedderspoon Debuts Exclusive USDA Certified Organic Manuka Honey Collection at Whole Foods Markets Nationwide
- New Cyrus O'Leary's Mini Cheesecakes Are A Big Win For In-Store Bakeries
- Wedderspoon Expands MGO-Rated Manuka Honey Collection Available Now On Amazon And DTC
- That's it. Disrupts the Toddler Aisle with New Organic Fruit Crunchables, Now at Walmart Nationwide
- Elizabeth Stephenson Named CEO of SYSTM Foods to Accelerate Growth Across Leading Better-For-You Beverage Brands

Post A PR



All rights reserved 2015 - 2025 Published by BevNET.com, Inc. Terms of Use | Privacy Policy

m/news/2025/protein-bar-brand-david-closes-75m-series-a-buys-ingredient-supplier

VE JOB BOARD INVESTMENT RETAIL DATA MARKETING NEWSLETTER PR SUBMIT NEWS




# Article Not Found

The article you were looking for was not found. Try searching below to find what you're after!

What are you looking for? Search

Jobs

Senior Br

Independ

Southeas

Regional

Business

Brewing