# EXHIBIT 4

5/29/25, 5:26 PM
David Raises $75M for High-Protein Bars, Eyes Retail Expansion - [athletechnews.com]
Case 1:25-cv-04544-VM   Document 4-8   Filed 06/02/25   Page 2 of 13



NEWS | VIDEOS | REVIEWS | REPORTS | FRANCHISE CORNER | ATN INNOVATION SUMMIT | DISRUPT | ATN LISTS | ALL ARTICLES >

FINANCE, NUTRITION

# David Raises $75M for High-Protein Bars, Eyes Retail Expansion

MAY 29, 2025



credit: David

JOSH LIBERATORE

Co-founded by RXBar's Peter Rahal, David bars pack 28 grams of protein for only 150 calories, a ratio that's significantly higher than most brands

D avid, a fast-growing protein bar brand co-founded by RXBar's Peter Rahal, has raised $75 million in a Series A round as it looks to expand distribution and accelerate product development.

The Series A round was led by Greenoaks with participation from Valor Equity Partners. It comes on the heels of David reeling in $10 million in seed funding last year, bringing the brand's total amount raised thus far to $85 million.

David will use the new funding to scale manufacturing and expand inventory for its protein bars that pack 28 grams of protein, zero grams of sugar and only 150 calories per bar. It will also use the funding to accelerate product development.

"Our mission is simple: to remove unnecessary calories and sugar from the American diet and replace them with what the body actually needs, which is high-quality protein," said Rahal, who serves as David's CEO. "We're building tools that make it easier to eat well without compromise. The response to David has been overwhelming, and this funding allows us to scale faster and stay focused on our mission of providing solutions to support and improve people's health and well-being."



Peter Rahal (credit: David)



Along with the funding round, **David** has acquired Epogee, a food technology company that makes EPG (esterified propoxylated glycerol), a plant-based fat






alternative that's touted for its ability to provide flavor with fewer calories. EPG is already a key ingredient in David's protein bars, which have gained popularity on TikTok and are found on the shelves of an increasing number of convenience and grocery stores across the country.

"Acquiring Epogee strengthens our ability to scale by securing a key ingredient that helps us reduce calories and fat without compromising taste," Rahal said of the deal. "This is about gaining control over our supply chain to move faster, stay true to our mission and deliver food that improves health."

Launched by Rahal last September, David has burst onto the scene in the crowded protein-bar category. David bars contain 28 grams of protein for just 150 calories, a protein-to-calorie ratio that's significantly higher than most bars on the market (other high-protein bars typically contain around 20 grams of protein for around 200 calories).

In its first eight months of commercial operations, David has expanded to over 3,000 retail locations in the U.S., recently striking a distribution deal with East Coast grocery chain Wegmans. The brand says it's on pace to surpass $100 million in revenue in its first year of operation.

The brand could look to enter mass-market grocery and retail chains like Walmart and Costco soon, although nothing's been announced on that front yet.



credit: David

 SEE ALSO

**FINANCE**
Gold's Gym Makes Long Beach Debut, Gets $15M for California Club Upgrades

## Protein Bar Market Ripe for Disruption?

In an interview with Athletech News that was conducted before the Series A round was announced, Rahal said he created David to fill a white space in the market for a protein bar that was ultra-high in protein while staying low in calories.

Rahal explained that while the protein-bar market might seem crowded at first glance, few if any brands have been able to create a product that mimics the macronutrient balance of whey protein shakes, which are almost 100%

For now, Rahal is laser-focused on making David the "number one protein bar in the category," he says, but David could expand to other protein-packed products in the future.

"Our mission is to design tools that increase muscle and decrease fat, so we have permission to go into other places," Rahal said. "We just won't do it unless it is a really differentiated product."

### Explore More  headlines plus

 

Is ClassPass Good for Studios? It Depends Who You Ask - but the Numbers

PHIT Act Gets Major Boost as House Passes Trump Tax Bill

Unscripted: Dream Recovery's Todd Anderson on the Power of Sleep







# AFN



launch in 2026

**BIOMANUFACTURING & BIOLOGIC**

**CLIMATE & SUSTAINABILITY**

## EPG: Looks and behaves like fat, with a fraction of the calories

To make EPG (esterified propoxylated glycerol), which can be listed on food labels as 'EPG (modified plant-based oil),' Epogee splits plant-based oils such as canola into glycerin and fatty acids, inserts a food-grade link, and reconnects them.

As EPG is resistant to lipase, an enzyme that breaks down fat in the body, hardly any of its calories are released. For context, 1g of fat contains 9 calories, while 1g of EPG contains just 0.7 calories.

This proved highly appealing to a brand such as David, which seeks to reduce the percentage of energy coming from fats and carbohydrates in its protein-fueled bars.

Unlike Olestra, which had a lower melting point (and messy side effects) or fat replacers made from sugars, gums, starches or fibers, EPG functions like fat both in food products and in the human body because it's made from fat, Rahal told *AgFunderNews*.

"David accounts for about 90% of Epogee's revenue, so securing supplies of EPG is mission critical for us. We wanted to de-risk things and control the supply to ensure we have enough EPG to support our business and our growth as our demand occupies all of Epogee's capacity for the short term.

"Acquiring Epogee also really widens the aperture of our vision and our ability to address consumer different consumer needs across different populations."

David will retain Epogee's team and run it at arm's length as a subsidiary, he said. "But given our growth, we need it to be serving David as a customer."



EPGs are a family of fat- and oil-like substances that resemble triglycerides in structure and appearance, but have been modified to prevent or limit their digestion when consumed in food. Image credit: Epogee

## Ultra-processed food?

While protein is trending across multiple food categories, David has been laser-focused on developing formulations that ensure the bulk of calories (75%) come from protein, said Rahal.

While this means using some ingredients that might not belong in Grandma's kitchen cupboard, from EPG to sucralose, allulose, and maltitol, David's success demonstrates that consumers will tolerate so-called "ultra-processed" foods if they see a clear benefit, he claimed.

"We advocate a balanced whole food diet, but our products are tools enabling you to get your protein without big caloric consequences. People don't want to eat too many calories or spike their blood sugar in order to get the protein they need."

Like many protein-fueled brands, David has also been able to tap into the GLP-1 craze, as people on these medications are especially concerned about losing lean muscle mass, he said.

"If you take GLP-1, your doctor's advice is do resistance training and eat adequate amounts of protein. Our value proposition is totally aligned with this messaging."

## The TikTok effect

David began life online as a direct-to-consumer brand, expanded onto Amazon, and is now building a presence in brick-and-mortar retail, said Rahal.

While today's fragmented media environment makes it harder to repeat the kind of playbook he deployed at RXBAR (which Rahal and Jared Smith famously started for $10,000 and sold for $600 million five years later), TikTok in particular can help certain brands go viral, he claimed.

"In the 90s it was all about getting the word out in TV and magazines. Now it's all Instagram, Facebook and TikTok. We gift our product to people and then they naturally start talking about it. It has cool packaging, 28 grams of protein, zero sugar, and only 150 calories, so that's a recipe to just kind of go viral."

Moving forward, David has plans to move into new product categories, but is initially focused on steadily building traction with its bars, said Rahal. "The focus now is building inventory, building our supply chain and building our team."

### Share this article

in  X  ◯  ✉

**AgFunderNewsletter**

Join nearly 100,000 subscribers who receive our weekly newsletter of news and multimedia content from our team of award-winning agrifoodtech and climate journalists. Also get early access to our



5/29/25, 5:31 PM
Fireshot Capture 062 - DAVID IS VALUED AT $725 MILLION 🚨 EPOGEE IS DEAD, LONG LIVE EPG! D... - [www.linkedin.com]



Fireshot Capture 062 - DAVID IS VALUED AT $725 MILLION 🚨 EPOGEE IS DEAD, LONG LIVE EPG! 🔥_ - [www.linkedin.com]



5/29/25, 5:32 PM
Case 1:25-cv-04544-VM  Document 4-8  Filed 06/02/25  Page 9 of 13
[website capture 033 - David's $75M Raise and Acquisition Play - Snaxshot (www.snaxshot.com)]

SNAXSHOT

## David's $75M Raise and Acquisition Play

If your brand uses EPG, I wanna hear from you!

SNAXSHOT
MAY 27, 2025

♡ 28    💬 12    ↻ 1                                    Share



In an article that has now been taken down by NOSH, it was announced that David, the brand behind the infamous protein bar, has closed a **$75M Series A**, led by GreenOaks and Valor Equity Partners as well as acquired their ingredient supplier, Epogee, news that apparently will break officially on Thursday *(if not sooner)*. As someone who is deeply against CPG brands raising like tech, I'm just glad that this raise is going towards scooping up an ingredient company like Epogee that currently services various brands across categories, the most notorious one being Nick's *(ice cream and protein bars)*—as we enter a GLP1 and biohacking protein craze, David's betting on EPG going forward and it will leverage it to their advantage.

Snaxshot is a reader-supported publication, we report on cultural convergences within the food and beverage industry and write thought provoking and well researched insights. No advertising or affiliate links involved. Support our work by upgrading to PAID.

[Type your email...]  [Subscribe]

What is EPG you ask? Let's rewind back to 2011, EPG or the artist otherwise known as **esterified propoxylated glycerol** is made and patented by Epogee, a new kind of fat that would **reduce calories from fat by 92%**, by allowing fat to pass through the body without being fully absorbed and reducing caloric intake. EPG's abillity to stay true to traditional feel and flavor of fats has made it incredibly popular in categories like ice cream, according to Epogee, Nick's success can be attributed to the use of EPG, its popularity also stems from it being considered GRAS (generally recognized as safe) by the FDA across more than 10 food categories, and considered GMO, gluten and allergen free, vegan as well as Kosher. EPG's usually compared to Olestra, though they claim that it has no side effects and considered a lot more safer than the former, Olestra caused a scandal throughout the 90s because it made people shit themselves, though apparently in large quantities EPG can have similar effects?

Epogee has raised a total of $10M, pennies in comparison to what some less innovative CPG brands have raised in 2020s *(cough, cough canned water)* but based on their on their clientele, see Nick's $100M raise and expansion into snacking aisle, starting with protein bar *(though their bars do not list EPG as an ingredient)* leads me to believe that this has been an incredibly *lucrative* customer for Epogee. The question then becomes—is David merely buying Epogee as way to

5/29/25, 5:32 PM
Case 1:25-cv-04544-VM   Document 4-8   Filed 06/02/25   Page 10 of 13
Snaxshot Capture 038 - David's $75M Raise and Acquisition Play - Snaxshot (www.snaxshot.com)



[reShot Capture 033 - David's $75M Raise and Acquisition Play - Snaxshot (www.snaxshot.com)]

11

5/29/25, 8:33 PM
Case 1:25-cv-04544-VM    Document 4-8    Filed 06/02/25    Page 12 of 13
"We will be taking all the supply" - Snaxshot [www.snaxshot.com]


 SNAXSHOT 🔍 📤 Subscribe  Sign in

## "We will be taking all the supply"

Peter Rahal's betting it all on EPG

 SNAXSHOT
MAY 29, 2025

♡ 9    💬 3    ↻                                                                    Share



Earlier this week we posted about David's latest raise and acquisition of EPOGEE, since then we have also learned that the brand is now being valued at $750M, and we have gotten the long awaited response from Peter Rahal himself, what are they going to do with the entire EPG supply?

*"We will be taking all the supply"* he messaged me while sharing the official funding news.

Of course I had to ask the question on everyone's mind…

*What are you planning to do with the existing brands that use EPG, is it like a direct cut or will you taper it off?*

*"Given supply situation, cease supply."* he replied.



Snaxshot is a reader-supported publication, we report on cultural convergences within the food and beverage industry and write thought provoking and well researched insights. No advertising or affiliate links involved. Support our work by upgrading to PAID.

[Type your email...]  [Subscribe]

One of my favorite new media shows, TBPN, had Rahal on to talk about the funding, as a veteran CPG founder, Peter Rahal's reponse makes so much sense:

*"CPG sucks—it does. It sucks because of the competition. So right, we know there's like 3 moats, there's the brand moat, really abstract and takes a long time so I don't put much merit to it but it's a real thing, then there's like trade secret mode, or distribution and then there's a third moat which is actual IP, so we actually have with our business now and part of the reason we got a really good valuation it's because we have a really defensible business with 3 moats, which allows us to protect our cash flow. And so like you know in three years we're not going to have 10 copy cats, they'll try on protein, but it won't be there in calories."*

David's projected to make around **$140M** in sales at the end of their first year which is coming up soon in September, and that's mostly DTC and throguh TikTok shop, Rachel Karten actually interviewed them on the success of leveraging that space as an emerging brand, they are now investing in more retail expansion.

It's crazy to look back at my now accurate predictions about the brand itself, which got Peter Rahal to dub me a "visionary" today—they are now going full in on protein-as-platform, in this more specific case, EPG, which is why Peter mentions that other brands can mimic the protein but not the reduction in calories. One of the most succesful brands that used EPOGEE has been Nick's, which started with protein forward ice cream pints and then pushed into other categories, a brand that had gotten incredible success leveraging EPG, has now reformulated, what I've heard could be a byproduct of them integrating their US and EU business, (EPG isn't GRAS in Europe) —it looks like they may have seen the writing on the wall.

I can't seem to find another instance where a brand in food and beverage was able to pull of a move like David, cutting off your competition at the source. Some of the existing EPG brands are of course not looking to go down without a fight—a spokesperson for OWN Your Hunger who has been making nut-based spreads and dessert bars using EPG since 2019 said,

*"We're investigating legal remedies for an obvious anti-trust violation. We believe in fair*

