USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWN YOUR HUNGER LLC, LIGHTEN UP FOODS, and DEFIANT FOODS LLC<br><br>Plaintiffs,<br><br>- against -<br><br>LINUS TECHNOLOGY, INC., EPOGEE LLC, and PETER RAHAL,<br><br>Defendants. | 25-CV-4544 (VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of OWN Your Hunger LLC, Lighten Up Foods, and Defiant Foods LLC's (together, "Plaintiffs") *ex parte* motion for a temporary restraining order ("TRO"). (See Dkt. No. 4.) The Court is not persuaded that Plaintiffs have met the high burden for issuance of a TRO *ex parte*. See Fed. R. Civ. P. 65(b)(1).

Accordingly, the Court hereby **ORDERS** Plaintiffs to serve Linus Technology, Inc., Epogee LLC, and Peter Rahal (together, "Defendants") with the TRO. Further, the Court schedules a hearing on the TRO on June 13, 2025, at 4pm. The Court directs Defendants to file a response in opposition to Plaintiff's motion for a TRO by June 11, 2025.

**SO ORDERED.**

Dated:   June 4, 2025
         New York, New York

_____
Victor Marrero
U.S.D.J.