AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:25-CV-04544**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **EPOGEE**
was recieved by me on  **6/05/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and
discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Tracy H**, who is designated by law to accept service of process on behalf of **EPOGEE** at **6510
Telecom Dr Ste 180, Indianapolis, IN 46278** on **06/05/2025 at 11:41 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 140.00** for services, for a total of **$ 140.00**.

I declare under penalty of perjury that this information is true.

Date:  06/06/2025

_____
*Server's signature*

**Oladipupo Oladimeji**
*Printed name and title*

redacting
server address

**Apt**
**Indianapolis, IN 46254**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER; ORDER; EXHIBITS; DECLARATION OF BLAKE SANBURG IN SUPPORT OF PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER; DECLARATION OF EMERGENCY IN SUPPORT OF PLAINTIFFS'
MOTION FOR TEMPORARY RESTRAINING ORDER; DECLARATION OF MCKAY FUGAL IN SUPPORT OF PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; DECLARATION OF RUZ SAFAI
IN SUPPORT OF PLAINTIFF'S MOTION  FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION;
CIVIL COVER SHEET; COVER LETTER; RULE 7.1 STATEMENT; COMPLAINT,  to Tracy H who identified themselves as
the person authorized to accept with identity confirmed by subject showing identification. The individual accepted
service with direct delivery.** ▬▬▬▬▬▬▬▬▬▬▬▬▬▬



redacting specific identifying
information private person



Tracking #: 0172527572

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 3)

Civil Action No.      **1:25-CV-04544**



Tracking #: **0172527572**
