USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/11/25

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| OWN YOUR HUNGER LLC, LIGHTEN UP FOODS, and DEFIANT FOODS LLC<br><br>Plaintiffs,<br><br>- against -<br><br>LINUS TECHNOLOGY, INC., EPOGEE LLC, and PETER RAHAL,<br><br>Defendants. | **25-CV-4544 (VM)**<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

On June 4, 2025, this Court ordered OWN Your Hunger LLC, Lighten Up Foods, and Defiant Foods LLC (together, "Plaintiffs") to serve Linus Technology, Inc., Epogee LLC, and Peter Rahal (together, "Defendants") with Plaintiffs' motion for a temporary restraining order ("TRO"). Further, the Court scheduled a hearing on the TRO on June 13, 2025. (See Dkt. No. 11.)

On June 5, 2025, Plaintiffs filed an affidavit of service as to Linus Technology, Inc. (See Dkt. No. 14.) On June 9, 2025, Plaintiffs filed an affidavit of service as to Epogee LLC. (See Dkt. No. 17.) As of the filing of this Order, Plaintiffs have not filed an affidavit of service as to Peter Rahal. Accordingly, Plaintiffs are

**ORDERED** to show cause within one (1) day of the date of this Order as to why Peter Rahal has not been served, what efforts have been made to serve Peter Rahal, and why the proceeding scheduled for June 13, 2025, should not be adjourned until all Defendants have been served.

**SO ORDERED.**

Dated:     June 11, 2025
           New York, New York

Victor Marrero
U.S.D.J.