UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWN YOUR HUNGER LLC, a Delaware limited liability company, LIGHTEN UP FOODS, a Delaware limited liability company, DEFIANT FOODS LLC, a Utah limited liability company,<br>    *Plaintiffs*,<br><br>vs.<br><br>LINUS TECHNOLOGY, INC., EPOGEE LLC, PETER RAHAL<br>    *Defendants* | Case No. 1:25-cv-04544-VM<br><br>**DECLARATION OF BRITTANY MEYER-BELNAP REGARDING SERVICE OF COMPLAINT AND MOTION FOR TRO ON DEFENDANT PETER RAHAL** |

I, Brittany Meyer-Belnap, declare as follows:

1. I am counsel for Plaintiffs in the above-captioned matter. I submit this declaration in response to the Court's Order to Show Cause regarding service of process on Defendant Peter Rahal.

2. Plaintiffs engaged ABC Legal to serve the Summons and Amended Complaint on Defendant Peter Rahal at his known residence located at 62 Beach Street. *See* Service Attempt **Ex. 1**.

3. Between June 4 and June 9 the process server attempted to personally serve Mr. Rahal at this address. The process server is scheduled to make another attempt today, June 11, 2025 and I will upload the results of that attempt on June 12. On the June 9th attempt, the process server confirmed with an employee at the building that Mr. Rahal resides at the address, but he was not "available" at the time of attempted service. *See* Service Attempt **Ex. 1**.

4. Plaintiffs have successfully served Linus Technology, Inc. (d/b/a David Protein), of which Mr. Rahal is an executive officer, through service on the company's registered agent at 169 Madison Ave 2523, on June 5, 2025. *See* SEC Filing **Ex. 3.**

5. In addition to attempting personal service, Plaintiffs notified Peter Rahal of the Summons and Complaint via email Peter Rahal at peter@ litani. com through the Court's ECF system. This is an address verified through prior business dealings between OWN Your Hunger and Mr. Rahal and Defiant Foods and Mr. Rahal over several months. *See* Plaintiff Orders **Ex. 2**. This email address is therefore believed to be routinely monitored by Mr. Rahal.

6. Plaintiffs respectfully submit that service via email, combined with service on Linus Technology (where Mr. Rahal serves as an executive), is reasonably calculated to provide notice and comports with due process and requests the June 13 hearing continue as scheduled.

7. Plaintiffs have acted quickly, diligently, and in good faith to effectuate service and have not delayed in pursuing all reasonable avenues for service.

8. Plaintiffs will comply with any further instructions from the Court regarding service of process on Mr. Rahal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

Dated: June 11, 2025    By: */s/ Brittany Meyer-Belnap*
Brittany Meyer-Belnap
1121 14th Street NW #1010
Washington DC 20009
Tel. 202-550-5700

bmeyer@tmdstrategies. com

*Attorney for Plaintiffs*