```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/12/25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| OWN YOUR HUNGER LLC, LIGHTEN UP FOODS, and DEFIANT FOODS LLC<br><br>       Plaintiffs,<br><br>    - against -<br><br>LINUS TECHNOLOGY, INC., EPOGEE LLC, and PETER RAHAL,<br><br>       Defendants. | 25-CV-4544 (VM)<br><br>**ORDER** |

**VICTOR MARRERO, United States District Judge.**

  On June 11, 2025, this Court ordered OWN Your Hunger LLC, Lighten Up Foods, and Defiant Foods LLC (together, "Plaintiffs") to show cause as to why Defendant Peter Rahal had not been served, what efforts had been made to serve Peter Rahal, and why the proceeding scheduled for June 13, 2025, should not be adjourned until all Defendants have been served. (See Dkt. No. 18.) Given that attorneys for Defendants Linus Technology, Inc., Epogee LLC, and Peter Rahal have appeared and opposed Plaintiffs' motion for a temporary restraining order ("TRO"), the hearing scheduled for tomorrow, June 13, 2025, at 11:00 AM shall proceed.

**SO ORDERED.**

Dated:  June 12, 2025
     New York, New York

                  _____
                  Victor Marrero
                  U.S.D.J.