UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                           :

OWN YOUR HUNGER LLC et al.,

                                                           :

        Plaintiffs,                       ORDER

                                                           :

    -v.-

                                                           :     25 Civ. 4544 (VM) (GWG)

PETER RAHAL et al.,

                                                           :

        Defendants.
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE

      A conference to discuss the application made in Docket # 35 and the planned progress of this case will take place by telephone on Wednesday, July 16, 2025, at 11:00 a.m. At that time, the parties shall dial 646-453-4442 and use access code: 382 991 016#. (The public may also dial in but will be permitted only to listen.) The Court will record the proceeding for purposes of transcription in the event a transcript is ordered. However, any other recording or dissemination of the proceeding in any form is forbidden.

      When addressing the Court, counsel must <u>not</u> use a speakerphone.

      <u>Upon receipt of this order, each counsel is directed to confirm with all other counsel that each party to this proceeding has received a copy of this order</u>.

Dated: New York, New York
       July 11, 2025

                                            SO ORDERED:

                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge