FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP



Direct Line: +1.212.859.8455
Email: peter.simmons@friedfrank.com

July 14, 2025

MEMORANDUM ENDORSED

<u>Via ECF</u>
Hon. Gabriel Gorenstein
United States District Court for the
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    ***OWN Your Hunger v. Rahal,*** **No. 1:25-cv-4544-VM (S.D.N.Y.)**

Dear Judge Gorenstein:

    On behalf of the defendants, we write pursuant to Rule 1.F of your Individual Practice Rules to request a modest adjournment of the telephonic conference you scheduled for July 16, 2025 at 11:00 a.m. (Dkt.38). I have a conflict as I am scheduled to be taking depositions in Houston in another matter. Plaintiffs do not oppose our request.

    We have spoken with the Deputy Clerk to determine an alternative date on which the Court is available, and have likewise conferred with plaintiffs to determine their availability.

    We respectfully request that the conference be rescheduled to one of the following, mutually agreeable dates and times:

- July 21, 2025 between 9:00 a.m. - 12:30 p.m.
- July 22, 2025 between 9:00 a.m. - 12:30 p.m. or 3:00 p.m. - 5:00 p.m.
- July 23, 2025 between 9:00 a.m. - 12:30 p.m.

Respectfully submitted,

*/s/ Peter L. Simmons*

Peter L. Simmons

cc:    Brittany Meyer-Belnap (via ECF)

Conference adjourned to July 23, 2025, at 11:00 a.m. The same dial-in instructions apply.

So Ordered.

*/s/ Gabriel W. Gorenstein*
GABRIEL W. GORENSTEIN
United States Magistrate Judge
July 14, 2025

One New York Plaza, New York, New York 10004—1089
T: +1.212.859.8000  *friedfrank.com*