UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
OWN Y OUR HUNGER LLC et al.,                    :

                                                :            <u>ORDER</u>
                        Plaintiffs,
                                                :            25 Civ. 4544 (VM) (GWG)
            -v.-
                                                :

PETER RAHAL et al.,                             :

                                                :
                        Defendants.
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Oral argument on the pending application for a stay of discovery (Docket # 44) will take place on Friday, September 19, 2025 at 11:00 a.m. in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York.

        This is the only matter scheduled for this date and time.   Please be sure to arrive sufficiently in advance so that the argument may begin on time.

        Each attorney or unrepresented party is directed to ensure that all other attorneys or unrepresented parties on the case are aware of the oral argument date and time.   In addition, any requests for an adjournment must be made in compliance with Judge Gorenstein's rules (available at:http://nysd.uscourts.gov/judge/Gorenstein).

        SO ORDERED.

Dated: August 13, 2025
        New York, New York


_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge