> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: _9/12/25_

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

OWN YOUR HUNGER LLC, LIGHTEN UP
FOODS, and DEFIANT FOODS LLC

                    Plaintiffs,

        - against -

LINUS TECHNOLOGY, INC., EPOGEE
LLC, and PETER RAHAL,

                  Defendants.

---

**25-CV-4544 (VM)**

**<u>ORDER</u>**

**VICTOR MARRERO, United States District Judge.**

    On June 2, 2025, Plaintiffs moved for entry of a
temporary restraining order and preliminary injunction
pursuant to Federal Rule of Civil Procedure 65. (<u>See</u> Dkt.
No. 4.) On June 17, 2025, the Court denied Plaintiffs' motion
for temporary restraining order and directed the parties to
submit a proposed briefing schedule on Plaintiffs' motion for
preliminary injunction. (<u>See</u> Dkt. No. 27.) Since then,
Plaintiffs have amended their complaint twice (<u>see</u> Dkt.
Nos. 30, 41), and the Court has endorsed the parties'
stipulated briefing schedule on Defendants' anticipated
motion to dismiss the second amended complaint (<u>see</u> Dkt.
No. 54). The parties have not submitted a stipulated briefing
schedule on Plaintiffs' motion for preliminary injunction.
The Court hereby directs Plaintiffs to indicate within one

(1) week of the date of this Order whether Plaintiffs intend to move for preliminary injunction.


**SO ORDERED.**

Dated:    12 September 2025
          New York, New York

                                    Victor Marrero
                                    U.S.D.J.