UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWN YOUR HUNGER LLC, a Delaware limited liability company, LIGHTEN UP FOODS LLC, a Delaware limited liability company, DEFIANT FOODS LLC, a Utah limited liability company,<br>*Plaintiffs*,<br>v.<br>LINUS TECHNOLOGY, INC., EPOGEE LLC, PETER RAHAL<br>*Defendants* | Case No. 1:25-cv-04544 |

**DECLARATION OF EMTIAZ UDDIN IN SUPPORT OF PLAINTIFFS' SECOND AMENDED COMPLAINT**

I, Emtiaz Uddin, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

**Introduction and Personal Knowledge**

1. I am the founder of EkkoBar, a company that develops innovative, high-protein nutrition bars called the Ekko Bar. I have personal knowledge of all the facts stated herein and personally oversaw our product development.

**EPG's Essential Role and Price Premium**

2. EPG (Esterified Propoxylated Glycerol) was irreplaceable for our high-protein bar formulation, enabling 28g of protein at just 160 calories while maintaining soft texture and binding properties.

**Termination Notice and Lack of Negotiation**

3. On May 14, 2025, our manufacturer PennPak Solutions received an email from Epogee informing them they would not be able to fulfill the order for EPG and will not be taking on new orders.

**Inability to Reformulate and Project Abandonment**

4. Without EPG, we cannot: a) Reduce calories to compete in the low-calorie protein bar segment; b) Maintain our brand positioning as a high-protein, low-calorie innovator; c) Be competitive against established products like David Protein bars.
5. As a result, we abandoned the EkkoBar project entirely rather than reformulate with inferior substitutes.

**Direct Competition with David Protein**

6. With EPG, our bars would have directly competed with David Protein, matching their protein content (28g) and nearing their calorie count (160 vs. 150).

**Conclusion**

7. EPG's unavailability eliminated our ability to launch a product that would have directly competed against David's Bar.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 10th, 2025 in Texas

07/10/2025

Emtiaz Uddin
Founder, EkkoBar