UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OWN YOUR HUNGER LLC, LIGHTEN UP FOODS LLC, DEFIANT FOODS LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>LINUS TECHNOLOGY, INC., EPOGEE LLC, PETER RAHAL,<br><br>*Defendants.* | Case No. 1:25-cv-04544-VM |

**DECLARATION OF MCKAY FUGAL IN SUPPORT OF PLAINTIFF'S THIRD AMENDED COMPLAINT**

I, Mckay Fugal, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746:

## A. Introduction and Background

1. I am the Founder and Chief Executive Officer of Defiant Foods LLC, a Utah limited liability company that manufactures and distributes low-calorie chocolate and protein bar products. I have held this position since the company's founding and have direct knowledge of all matters discussed in this declaration.

2. I submit this declaration to describe my company's experience with EPG (Esterified Propoxylated Glycerol), our complete dependence on this ingredient for producing hybrid chocolate protein bars, our development of a high-CFP protein bar that would have competed directly with David Protein, and the severe impact of losing access to EPG after Defendants' acquisition of Epogee LLC.

3. I have reviewed the Third Amended Complaint and incorporate by reference the factual allegations contained therein.

## B. EPG's Critical Role in Our Chocolate Products

4. Defiant Foods has relied on EPG since our founding after extensive research into ingredients that could enable us to create genuine low-calorie chocolate without sacrificing the indulgent experience consumers expect. EPG proved to be the only ingredient that could deliver the specific combination of properties chocolate requires.

5. EPG serves multiple essential functions in our chocolates beyond calorie reduction:

- It provides the smooth, creamy melt and mouthfeel that defines quality chocolate
- It enables proper tempering and snap characteristics essential for chocolate bars
- It maintains glossy appearance and prevents bloom during shelf life
- It carries and distributes cocoa flavors evenly throughout the product
- It allows us to achieve significant calorie reduction while preserving all these qualities

6. Our entire chocolate-making process, from refining, to conching to tempering procedures, was designed specifically around EPG's unique melting properties and crystallization behavior. Chocolate manufacturing requires precise control of fat crystallization, and EPG's specific properties are integral to our process.

**C. Extensive Research Confirmed No Viable Alternatives Exist**

7. Before selecting EPG, and again after losing access, my team evaluated and tested every possible fat replacement option for chocolate manufacturing, including:

- Traditional cocoa butter and fats (which contain 9 calories per gram, eliminating our low-calorie positioning)
- Various tropical fats and butter alternatives (incompatible melting profiles and excessive calories)
- Protein-based systems (cannot withstand chocolate processing temperatures)
- Fiber-based bulking agents (destroy chocolate texture and create grittiness)

- Emulsifier systems (cannot replace the bulk and texture of fat in chocolate)

8. We specifically investigated Olestra, the only other low-calorie fat ever developed, and determined it is not suitable for use in chocolate or protein bar applications as formulated by Defiant Foods, nor readily available or viable for our intended products.

9. None of these alternatives were able to provide a commercially viable substitute that could replicate the combination of melting behavior, texture, flavor delivery, and calorie reduction that EPG enables. Chocolate applications have uniquely demanding technical requirements, and each alternative we tested failed to meet the necessary standards for a marketable product.

**D. EPG's Premium Pricing Reflected Its Irreplaceable Value**

10. Defiant Foods paid approximately $6 per pound for EPG. While other fats used in chocolate production vary in cost, none provided the functionality necessary to achieve our low-calorie formulation. We accepted the cost of EPG because it was the only ingredient that enabled our product to meet both technical and market requirements. Because EPG is so crucial to our formulation, we could not seek EPG alternatives even if the price of EPG increased by reasonable amounts.

11. The question of switching to alternatives never arose because no alternative could function in chocolate applications while maintaining the low-calorie positioning. Our choice was clear: pay the higher price or abandon our entire business model.

12. Based on my discussions with other EPG users, it appeared that customers generally accepted these price increases rather than switching to alternatives, reinforcing our understanding that viable substitutes were not available.

**E. Business Development Based on Supply Assurances**

13. Throughout our relationship with Epogee, we received consistent support and encouragement:

- Technical assistance with chocolate-specific applications
- Assurances of stable and improving supply
- Encouragement to expand our product line
- The September 2024 announcement of a 5% price reduction due to "supply chain efficiencies"

14. Based on these assurances, particularly the positive September 2024 announcement, Defiant Foods made significant business investments:

- Research and development for new chocolate formulations
- Equipment purchases specific to EPG-based chocolate processing
- Marketing initiatives highlighting our unique low-calorie positioning
- Supply chain commitments based on projected EPG availability

**F. Development of a High-CFP Protein Bar**

4. Defiant Foods produced and commercially sold EPG-based hybrid chocolate/protein bars ranging from 12 to 17 grams of protein per bar. These products combined the low-calorie benefits of EPG-based chocolate with substantial protein content.

5. Building on our experience with these products, Defiant was concurrently developing a dedicated high-CFP protein bar with a calories-from-protein ratio exceeding 50%. The planned bar would pair a high-protein-dense core with an EPG-based chocolate enrobing or shell, a similar technique used in David Protein's Bronze bars. At the time of Defendants' termination of EPG supply, Defiant Foods had both the intent and the operational capability to bring this product to market in the near term.

6. Defiant produced all of its bars in its own manufacturing facility in Utah. Our facility was equipped with machinery configured for EPG-based chocolate processing, including specialized refining, conching and tempering equipment. Our EPG-based products were backed by investors who funded the development and production of these product lines.

7. At the time Defendants terminated EPG supply, my high-CFP protein bar was in active development and on track for its planned release. The termination ended not only our existing chocolate/protein bar product lines but also our ability to bring this competing product to market.

**G. The Sudden Supply Disruption**

15. On March 25, 2025, Epogee unexpectedly announced that EPG was unavailable due to "raw material shortages," with only a vague timeline for resolution. This announcement was particularly troubling because:

- We had received no prior warnings about potential supply issues
- The timing contradicted the September 2024 announcement of improving conditions
- No specific explanation was provided about which raw materials were affected
- No external events justified such a sudden and complete shortage

16. Our attempts to obtain specific information about the shortage timeline and our pending orders went largely unanswered, receiving only vague assurances that the situation was "temporary."

17. On May 29, 2025, we received formal notification that Epogee would no longer accept new purchase orders from Defiant Foods. The communication indicated this decision resulted from the acquisition by Linus Technology, Inc., finally revealing the true nature of the "shortage."

**H. Failed Attempts to Continue Without EPG**

18. Following the supply termination, we immediately began extensive efforts to reformulate our chocolates without EPG. Despite our efforts we have been unable to develop a formulation that meets both the technical requirements of chocolate and the consumer expectations necessary for a commercially viable low-calorie product:

- Products lost their characteristic smooth melt, becoming waxy and unpleasant
- Chocolate refused to temper properly, resulting in soft, unstable products
- Bloom appeared within days rather than maintaining appearance for months
- Texture became gritty and grainy rather than smooth and creamy
- Consumer testing revealed universal rejection of reformulated products
- Calorie content increased to levels that eliminate our market positioning

19. Chocolate is particularly unforgiving of formulation changes. The precise crystallization behavior, melting properties, and sensory characteristics that consumers expect cannot be achieved without the right fat system. After exhaustive attempts, we have been unable to develop a commercially viable low-calorie chocolate product that meets required technical and consumer standards without EPG.

**I. Financial Impact and Business Consequences**

20. The loss of EPG access has resulted in severe and immediate financial consequences:

- Approximately $50,000 in research and development expenditures related to EPG-based formulations, including ingredients, production trials, and testing, which cannot be recovered
- Approximately $150,000 in equipment, facility buildout, and operating costs incurred to support EPG-based production, which are not currently usable for their intended purpose without significant reconfiguration

- Loss of existing inventory due to expiration and inability to sell EPG-based products following the termination of supply
- Ongoing lost revenue from the inability to continue sales of EPG-based products, which had begun generating consistent monthly sales prior to supply termination, with anticipated growth following a recent product relaunch
- Loss of time, labor, and operational investment by the founders in developing and producing EPG-based products
- Disruption of existing and prospective retail relationships, including verbal agreements and ongoing discussions with local retailers, due to our inability to fulfill product commitments

21. These quantifiable losses only partially capture our damages. Without EPG, Defiant Foods cannot produce the innovative low-calorie chocolates that define our company or continue development of our planned high-CFP protein bar. Defiant continues to incur approximately $15,000 per month in fixed costs from our idle manufacturing facility while generating no revenue from EPG-based products. We face complete business failure unless EPG access is restored.

**J. Industry-Wide Impact**

22. Through discussions with other manufacturers, I have learned that all known EPG customers received termination notices, regardless of their size, purchase history, or product applications. No customer was offered alternative terms, a reduced allocation, or a transition period.

23. The defendants' willingness to pay $75 million for Epogee—when conventional fats cost a fraction of EPG's price—confirms what my own experience has demonstrated: EPG's unique properties cannot be replicated by any other ingredient or combination of ingredients.

**K. Documentation and Evidence**

24. Defiant Foods maintains comprehensive records documenting:

- Laboratory data showing the failure of every alternative ingredient tested
- Financial records of EPG-related investments and losses
- Consumer feedback unanimously rejecting non-EPG formulations
- Technical specifications showing why chocolate requires EPG's specific properties
- All communications with Epogee regarding supply and technical support

25. We are prepared to provide any additional documentation the Court may require to understand why EPG is irreplaceable for low-calorie chocolate manufacturing and the severe harm caused by Defendants' exclusionary conduct.

**L. Conclusion**

26. Based on my direct experience in hybrid chocolate protein bar manufacturing, I can state that EPG has no functional substitutes for creating low-calorie chocolate or high-CFP protein bars. The termination of EPG supply does not merely force us to choose a different ingredient—it forces us to abandon our entire business. No amount of innovation or reformulation can overcome the technical impossibility of making low-calorie chocolate without EPG's unique properties.

27. Defendants' exclusive control of EPG has eliminated an entire category of innovative chocolate and protein bar products that consumers had come to enjoy, and threatens to destroy the businesses that pioneered these healthier alternatives. In addition to halting our existing product lines, it has ended our development of a high-CFP protein bar that would have directly competed with David Protein.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on March 27, 2026, in Salt Lake City, Utah.

Mckay Fugal
Founder and Chief Executive Officer
Defiant Foods LLC