FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

Fried Frank

Direct Line: +1.212.859.8455
Email: peter.simmons@friedfrank.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/3/26

April 1, 2026

***Via ECF***
Hon. Victor Marrero
United States District Court
for the Southern District of New York
500 Pearl St.
New York, NY 10007

Re: ***OWN Your Hunger v. Rahal,*** **No. 1:25-cv-4544-VM (S.D.N.Y.)**

Dear Judge Marrero:

Pursuant to Rule I.G. of Your Honor's Individual Practice Rules, the defendants request an extension of the deadline to respond to plaintiffs' Third Amended Complaint (Dkt. 81) from April 15, 2026 to May 1, 2026. I have family commitments that require me to be out of town from April 9-17, and one of our other team members is out of the office this week for Passover, making it hard to meet the 14 day default deadline under Fed. R. Civ, P. 15(a)(3). There have been no prior requests for an extension of this deadline.

Plaintiffs have graciously consented to the extension.

Respectfully submitted,

Peter L. Simmons

cc: Brittany Meyer-Belnap (via ECF)

Request **GRANTED.**

Defendants' request for an extension of time to respond to the amended complaint is granted. Defendant's time to respond to the amended complaint is hereby extended to May 1, 2026.

**SO ORDERED.**

4/3/26
DATE

VICTOR MARRERO, U.S.D.J.