Tel. 202-550-5700
Email: bmeyer@tmdstrategies.com

May 27, 2026

**Via ECF**
Hon. Victor Marrero
United States District Court
for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

Re: ***OWN Your Hunger et al. v. Rahal et al.,*** **No. 1:25-cv-4544-VM-GWG (S.D.N.Y.)**

Dear Judge Marrero:

Plaintiffs respectfully oppose Defendants' request for oral argument on their Motion to Dismiss the Third Amended Complaint (Dkt. 84).

This Court has previously determined that oral argument was unnecessary to resolve Defendants' prior motion to dismiss. *See* Dkt. 69 ("Having reviewed the parties' written submissions, the Court is not persuaded that oral argument concerning Defendants' motion is necessary at this time."). The Court likewise resolved Plaintiffs' Motion for Preliminary Injunction on the papers. *See* Dkt. 77 (Feb. 4, 2026 Decision and Order). Plaintiffs respectfully submit that the renewed Motion to Dismiss is similarly suited for resolution on the written record.

Under Section II(I) of Your Honor's Individual Practices, motions "will be decided on the papers . . . unless the Court determines that oral argument will be necessary," and Federal Rule of Civil Procedure 78(b) likewise vests that determination in the Court's discretion. This Court has now received two complete rounds of motion-to-dismiss briefing. The record is complete, and further argument would only delay resolution.

Should the Court nonetheless determine that a hearing would be beneficial, Plaintiffs request that the parties first be directed to file a joint letter identifying the specific issues that would benefit from oral argument.

Respectfully submitted,

Brittany Meyer-Belnap

cc: Geoffrey S. Berman, Peter L. Simmons (via ECF)