USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/1/26____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

OWN YOUR HUNGER LLC, LIGHTEN UP
FOODS, and DEFIANT FOODS LLC,

               Plaintiffs,

     - against -

LINUS TECHNOLOGY, INC., EPOGEE LLC,
and PETER RAHAL,

               Defendants.

---

**25-CV-4544 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court is in receipt of Defendants' Reply Memorandum in support of their Motion to Dismiss (Dkt. No. 87). Defendants' Motion to Dismiss is therefore considered fully briefed. Having reviewed the parties' written submissions, the Court is not persuaded that oral argument concerning Defendants' Motion is necessary at this time. Accordingly, Defendants' request for oral argument is denied.

**SO ORDERED.**

Dated:    1 June 2026
        New York, New York

                        _____
                         Victor Marrero
                          U.S.D.J.