USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/15/26

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

OWN YOUR HUNGER LLC, LIGHTEN UP FOODS LLC, and DEFIANT FOODS LLC,

*Plaintiffs*,

- against -

LINUS TECHNOLOGY, INC., EPOGEE LLC, and PETER RAHAL,

*Defendants*.

1:25-cv-4544-VM

**STIPULATION OF DISMISSAL AS TO LIGHTEN UP FOODS' CLAIMS AND ORDER**

It is hereby stipulated and agreed between plaintiff Lighten Up Foods LLC ("Lighten Up") and all defendants that all claims in this action by Lighten Up are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a). As to those claims, the parties will bear their own costs and expenses, including attorneys' fees. This stipulation has no effect on the claims of the other plaintiffs.

*[signatures on next page]*

Dated: June 11, 2026.

TMD STRATEGIES

By: ______________ 06/11/2026

Brittany Meyer-Belnap
1121 14th Street NW #1010
Washington DC 20009
Tel. 202-550-5700
bmeyer@tmdstrategies.com
*Attorney for Plaintiff*
*Lighten Up Foods LLC*

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP

By: ______________

Geoffrey S. Berman
Peter L. Simmons
Samuel P. Groner
One New York Plaza
New York, New York 10004
(212) 859-8000
geoffrey.berman@friedfrank.com
peter.simmons@friedfrank.com
samuel.groner@friedfrank.com

Kathy O'Neill
801 17th St NW #600
Washington, DC 20006
(202) 639-7000
kathy.oneill@friedfrank.com
*Attorneys for Defendants*

**PROPOSED ORDER**

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice as to plaintiff Lighten Up Foods, LLC. This matter shall continue as to the other parties.

IT SO ORDERED this 15 day of June, 2026.

______________
Hon. Victor Marrero, U.S.D.J.